# 1034 

Esther M. Young, Appellant, v. Howard C. Young, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals and to have an attorney assigned, denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

## (January 12, 1940.)

Town of Ohio, Respondent, v. First National Bank of Dolgeville, New York, and Others, Defendants. R. R. Calli, Petitioner, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (The order denies a motion of R. R. Calli, as attorney for plaintiff, to fix compensation for legal services.) Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

The People of the State of New York, Respondent, v. Clinton Duke, Appellant.— Order affirmed, without costs. Memorandum: Upon our review of the record we are of the opinion that on the undisputed facts the County Court of Erie county had jurisdiction to impose judgment upon appellant and that the sentence of not less than thirty years nor more than life was authorized by sections 2125, 2189 and 2191 of the Penal Law, as those sections read at the time of appellant's conviction in 1930. (See People ex rel. Hubert v. Kaiser, 150 App. Div. 541, 550; affd., 206 N. Y. 46; People v. Sobierajski, 224 App. Div. 227; People ex rel. Dearborn v. Jennings, 132 Misc. 196.) All concur. (The order denies defendant's motion to vacate his sentence and for a resentence.) Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

In the Matter of the Settlement of Olivia Wright and Family. The Town of Addison, Respondent, v. Town of Tuscarora, Appellant.— Judgment reversed on the law, without costs of this appeal to either party, and determination of the commissioner of public welfare, county of Steuben, confirmed, without costs. Memorandum: The commissioner of public welfare of the town of Addison provided relief for Olivia Wright but did not within thirty days thereafter notify the commissioner of public welfare of the town of Tuscarora that it was claimed that Olivia Wright had a settlement in such town of Tuscarora. The failure to send such notice bars the town of Addison from contesting responsibility for the support of Olivia Wright. (Public Welfare Law, § 58, subds. 1, 3; Williams v. County of Niagara, 249 App. Div. 904.) All concur. (The judgment reverses a decision of the commissioner of public welfare, county of Steuben, in a proceeding to determine the town liable for payment of welfare payments to a family.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Maynard J. Loeslein, Respondent, v. City of Buffalo, Appellant.— Judgment and order affirmed, with costs. Memorandum: The weight of the evidence supports the finding of the jury both as to the defendant's negligence and the plaintiff's freedom from contributory negligence. We have examined the record as to errors in the rulings of the trial court and find none of sufficient importance to warrant interference with the judgment appealed from. All concur. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.